IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3057 |
| | ) | |
| V. | ) | |
| | ) | |
| JODI ANN HAYNES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing (filing 42) is granted.

(2) The defendant's sentencing is continued to Tuesday, March 20, 2012, at 12:00 noon, before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(3) The defendant's motions to file under seal (filings 40 and 41) are granted.

DATED this 23rd day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge